AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.
Giecliff Rodriguez
AKA King Bear

**WARRANT FOR ARREST**

CASE NUMBER: 04CR 10048-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Giecliff Rodriguez, AKA King Bear
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base, distribution of cocaine base and aiding and abetting

in violation of Title _____ United States Code, Section(s) 846, 841 & 2

Mary H. Cummings
Name of Issuing Officer

/s/ Mary H. Cummings
Signature of Issuing Officer

Courtroom Supervisor
Title of Issuing Officer

2/19/04  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF DEFENDANT ON 2/25/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Giecliff Rodriguez

ALIAS: King Bear

LAST KNOWN RESIDENCE: 87 W. 6th Street, Lowell, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 8859

HEIGHT:                                              WEIGHT:

SEX:   Male                                          RACE:   Hispanic

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigations