%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA v. Rodriguez et al

**EXHIBIT AND WITNESS LIST**

Case Number: 04cr10048 NG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gertner / Cohen | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Det Hrg | | (WS) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | ✓ | Affidavit of Agent Mark Karangekis |
| 2 | | | | ✓ | FBI transcription Ru b/s |
| 3 | | | | ✓ | Summary of Drug Purchases |
| 4 | | | | ✓ | transcription |
| 5 | | | | ✓ | Video tape |
| 6 | | | | ✓ | Incident arrest rpt of Cardiff Rodriguez |
| 7 | | | | ✓ | transcription of 1/8/04 |
| 8 | | | | ✓ | Video |
| 9 | | | | ✓ | Audio CD |
| 10 | | | | ✓ | transcription of 10/25/03 |
| 11 | | | | ✓ | telephone Result |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages