AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA v. Rodriguez et al

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10048 PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gertner / Cohen | Peter Levitt | Lois Lewis / Robert Griffin |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/17 | digital | (illegible) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | ✓ | Affidavit |
| 2 | | | | ✓ | Summary of Residency & Drug evidence |
| 3 | | | | ✓ | FD-302 Consensual Recorded Meeting |
| 4 | | | | ✓ | Report of Cooperating witness |
| 5 | | | | ✓ | Chart depicting buyers/Reports re: purchases |
| 6 | | | | ✓ | Video - depicting deft. |
| 7 | | | | ✓ | Video - 1/28 Purchase of Crack depicting deft. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages