UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )  Criminal No. 04-10048-NG<br>)<br>)<br>**GIECLIFF RODRIGUEZ ET AL** ) | |

JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for April 8, 2004.

1. Local Rule 116.3 Timing Requirements

The parties are not presently requesting relief from the timing requirements of Local Rule 116.3.

2. Expert Discovery

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue. One or more of the defendants expect to be requesting back up from the laboratory, and are reserving the right to seek such discovery (and to call their own experts) pending disclosure of trial witnesses by the government.

3. Additional Discovery

The government does not anticipate providing additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be

requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. <u>Motion Date</u>

The parties are jointly requesting that May 31, 2004 be set as the date for discovery motions to be filed and are requesting that the time between the April 1, 2004 and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 2/24/04-3/19/04 | Government's motion for detention |
| 3/4/04-4/1/04 | Order for exclusion entered 3/4/04 |
| 4/1/04-<br>Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for June 7, 2004 or as soon thereafter as is convenient

for the court.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:    _____
        JOHN A. WORTMANN, JR.
        PETER B. LEVITT
        Assistant U.S. Attorneys
        One Courthouse Way
        Boston, MA
        (617) 748-3207

        _____
        LOIS LEWIS
        4 Fuller Terrace
        West Newton, MA 02465
        617-969-4854
        Attorney of Ricardo Rosario

        _____
        BARRY POLLACK
        One Beacon Street 33rd Floor
        Boston, MA 02108
        617-720-2880
        Attorneys for Carmelo Rodriguez

        _____
        PAUL J. GARRITY
        14 Londonderry Rd
        Londonderry, NH 03053
        603-434-4106
        Attorney for Jonathan Deleon

        _____
        ROBERT M. GRIFFIN
        30 Eastbrook Road
        Dedham, MA
        781-320-0099
        Attorney for Giecliff Rodriguez