UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No. 04-10048-NG |
| ) | |
| **GIECLIFF RODRIGUEZ** ) | |

**GOVERNMENT'S CERTIFICATION**
**OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that the defendant notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that the defendant be awarded a three-point reduction for acceptance of responsibility.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s John A. Wortmann,Jr.
_____   JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
617-748-3207